IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMIEL ASGHEDOM, individually and as administrator for THE ESTATE OF ERMIAS ASGHEDOM p/k/a "NIPSEY HUSSLE", <br><br>Plaintiff, <br><br>v. <br><br>ZENGZIXUAN3011 AND THE INDIVIDUALS AND ENTITIES OPERATING ZENGZIXUAN3011, <br><br>Defendants. | Case No. 23-cv-00964 <br><br>**Judge Sharon Johnson Coleman** <br><br>**Magistrate Judge Susan E. Cox** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Samiel Asghedom, individually and as administrator for the Estate of Ermias Asghedom p/k/a "Nipsey Hussle" ("Nipsey Hussle" or "Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against zengzixuan3011 and the individuals and entities operating zengzixuan3011.[1] In support of this Motion, Nipsey Hussle submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

Dated this 8th day of May 2023.   Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Quinn B. Guillermo
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
qguillermo@gbc.law

*Counsel for Plaintiff*
*Samiel Asghedom, individually and as administrator for The Estate of Ermias Asghedom p/k/a "Nipsey Hussle"*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Quinn B. Guillermo
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
qguillermo@gbc.law

*Counsel for Plaintiff*
*Samiel Asghedom, individually and as administrator for The Estate of Ermias Asghedom p/k/a "Nipsey Hussle"*