## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Samiel Asghedom

                                    Plaintiff,

v.                                                   Case No.: 1:23–cv–00964

                                                        Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 5/17/2023. Defendant did not appear nor contact the Court. Plaintiff's motion for entry of default and default judgment [42] is granted. Default judgment is entered in favor of plaintiff and against defendant. Enter Order. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel. Civil case terminated. Mailed notice. (ym,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.